DAVID K. GOTTLIEB
17000 Ventura Boulevard, Suite 300
Encino, California 91316
Telephone: (818) 539-7720
Facsimile: (818) 436-0729

Chapter 7 Trustee

FILED & ENTERED

SEP 24 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

FRANCIS NAVARRO MURALIDHARAN

Debtor.

Bk. No.: 1:19-bk-11586-VK

Chapter 7

**ORDER APPROVING STIPULATION BY AND BETWEEN DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE AND DEBTOR FRANCIS NAVARRO MURALIDHARAN EXTENDING TIME WITHIN WHICH TO FILE OBJECTIONS TO DISCHARGE**

[No hearing required]

The Court having considered the stipulation to extend the time within which to file objections to discharge, Docket entry no. 11, and good cause having been shown,

IT IS HEREBY ORDERED that the Trustee shall have an extension of time from October 1, 2019 to and including January 31, 2020 without prejudice to further extension, in which to file objection to the debtor's discharge

###

Date: September 24, 2019

Victoria S. Kaufman
United States Bankruptcy Judge